UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:01-CR-00211-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **SILAS THOMAS KING,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's pro se motion to reopen time to file an appeal, reconsider, alter, and amend judgment. (Doc. No. 88). Defendant filed his motion on May 28, 2024. On June 5, 2024, this Court gave the Government a deadline of June 25, 2024, to respond to Defendant's motion. (Doc. No. 89). On June 18, the Government moved to extend the response deadline. (Doc. No. 90). Two days later, this Court granted the Government's motion, and set a new response deadline of July 18, 2024. (Doc. No. 91).

The July 18 deadline has passed without a Government response. The Court notes that the Government did submit a motion to dismiss a similar pleading filed by the same Defendant in a related case. See (3:01-cr-210, Doc. No. 282). The Government's motion in 3:01-cr-210 does not, however, refer to Defendant's motion in this case. The Court will, therefore, require the Government to respond to Defendant's motion in this matter.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Government **SHALL** respond to Defendant's pro se motion (Doc. No. 88) within 30 days of the entry of this order.

Signed: July 25, 2024

Max O. Cogburn Jr.
United States District Judge